UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| CARMEN REYNOSO, individually;<br>MIGUEL REYNOSO, individually;<br>PRISCILLA REYNOSO, individually;<br>MARIA de JESUS REYES, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., a Corporation;<br>JACOBSEN, A TEXTRON COMPANY, a Corporation; DOES 1 to 50,<br><br>Defendants. | Case No. C09 01227 JW PVT<br><br>**[PROPOSED] ORDER CHANGING THE ADR PROCESS FROM COURT-ORDERED MEDIATION PROCESS TO PRIVATE ADR, AND EXTENDING TIME FOR COMPLETION OF PRIVATE MEDIATION** |

Having considered the parties' Stipulation to Change the ADR Process from Court-Ordered Mediation to Private Mediation, the Court's prior order referring this matter to Court-Ordered Mediation is modified to order this matter to private mediation to be completed by April 15, 2010.

DATED: January 20, 2010

_____
JAMES WARE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3623933.1

1

*