THE BOCCARDO LAW FIRM, INC.
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

O'Reilly || Collins
1900 O'Farrell Street, Suite 360
San Mateo, CA 94403
Telephone: (650) 358-5901
Facsimile: (650) 358-2575

JOHN C. STEIN, SBN 39417
JAMES P. COLLINS, SBN 097266
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO,<br><br>Plaintiffs,<br><br>vs.<br><br>TEXTRON, INC., JACOBSEN, A TEXTRON COMPANY.<br><br>Defendants. | Case No.: 5:09-CV-1227<br><br>NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria De Jesus Reyes hereby dismisses all her claims against above-captioned Defendants without prejudice.

-1-
NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)
5:09-CV-1227

```
 1  DATED:   April 9, 2010                    THE BOCCARDO LAW FIRM, INC.
 2                                      BY:   _____
                                              JOHN C. STEIN
 3                                            Attorneys for Plaintiffs
 4
 5  So Stipulated.
 6
 7  DATED:   April 26, 2010                   Haight Brown & Bonesteel, LLP
 8                                      BY:   _____
 9                                            Krsto Mijanovic
                                              Attorneys for Defendants
10
```

11  <u>IT IS SO ORDERED</u>

12  The Court terminates any remaining pending deadlines, hearing or motions.  The Clerk shall
13  close this file.

14

15  Dated: April 29, 2010              _____
                                       United States District Judge
16