THE BOCCARDO LAW FIRM, INC.
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

O'Reilly || Collins
1900 O'Farrell Street, Suite 360
San Mateo, CA 94403
Telephone: (650) 358-5901
Facsimile:  (650) 358-2575

JOHN C. STEIN, SBN 39417
JAMES P. COLLINS, SBN 097266
**ATTORNEYS FOR PLAINTIFF**

IT IS SO ORDERED AS MODIFIED
Judge James Ware
5/3/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TEXTRON, INC., JACOBSEN, A TEXTRON COMPANY.<br><br>　　　　Defendants. | Case No.: 5:09-CV-1227<br><br>NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria De Jesus Reyes hereby dismisses all her claims against above-captioned Defendants without prejudice.

-1-
NOTICE OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)
5:09-CV-1227

```
1  DATED:  April 9, 2010                        THE BOCCARDO LAW FIRM, INC.
2                                          BY:  _____
3                                               JOHN C. STEIN
                                                Attorneys for Plaintiffs
4
5  So Stipulated.
6
7  DATED:  April 26, 2010                       Haight Brown & Bonesteel, LLP
8                                          BY:  _____
9                                               Krsto Mijanovic
                                                Attorneys for Defendants
10
11 IT IS SO ORDERED:
12 The Court's April 29, 2010 Order of Dismissal was found in error.   The clerk shall reopen the case. The claims by
   Maria De Jesus Reyes are dismissed as stipulated.
13
14 Dated: May 3, 2010                       _____
15                                          United States District Judge
```