UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN REYNOSO, individually; MIGUEL REYNOSO, individually; PRISCILLA REYNOSO, individually; MARIA de JESUS REYES, individually,<br><br>     Plaintiffs,<br>  v.<br><br>TEXTRON, INC., a Corporation; JACOBSEN, A TEXTRON COMPANY, a corporation; and DOES 1 to 50,<br><br>     Defendants. | Case No.:09-CV-01227-LHK<br><br>ORDER REGARDING DEADLINES PENDING FINALIZATION OF SETTLEMENT |

On December 7, 2010, the parties in this case filed a Notice of Settlement with the Court, indicating that this case has been "settled in its entirety among all parties." The parties state that they will file a stipulated dismissal when the settlement proceeds have been received from Defendants. When the parties have filed a stipulated dismissal, the Clerk will close the case and all pending deadlines will be vacated. Until that time, however, the schedule set by the Court will remain as set.

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
LUCY H. KOH
United States District Judge