Peter Dubrawski (Bar No. 65677)
Krsto Mijanovic (Bar No. 205060)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone:  310.215.7100
Facsimile:  310.215.7300

Attorneys for Defendant JACOBSEN DIVISION OF TEXTRON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| CARMEN REYNOSO, individually;<br>MIGUEL REYNOSO, individually;<br>PRISCILLA REYNOSO, individually;<br>MARIA de JESUS REYES, individually,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TEXTRON, INC., a Corporation;<br>JACOBSEN, A TEXTRON COMPANY, a Corporation; DOES 1 to 50,<br><br>   Defendants. | Case No. C09 01227 LHK PVT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>[FRCP 41(a)(1)] |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO, and MARIA de JESUS REYES ("Plaintiffs") and JACOBSEN DIVISION OF TEXTRON INC. ("Defendant"), by and through their respective attorneys of record, that, based upon the agreed terms of the settlement in this matter, the above-referenced action be, and is hereby, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1). While the parties previously agreed that the claims of MARIA de JESUS REYES would

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3758857.1

1

STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

1  be dismissed without prejudice, the parties hereby agree that the claims of MARIA de
2  JESUS REYES shall be dismissed with prejudice.
3      The parties further stipulate that each party shall bear their own costs, including
4  attorneys' fees.

6  January 20, 2011                    HAIGHT BROWN & BONESTEEL LLP

8                                      By: /s/ Krsto Mijanovic
9                                          Peter Dubrawski
                                            Krsto Mijanovic
                                            Attorneys for Defendant
10                                          JACOBSEN DIVISION OF
                                            TEXTRON INC.

12 January 20, 2011                    THE BOCCARDO LAW FIRM, INC.

14                                     By:  /s/ John Stein
15                                          John Stein
                                            Attorneys for Plaintiffs
16                                          CARMEN REYNOSO, MIGUEL
                                            REYNOSO, PRISCILLA REYNOSO,
17                                          and MARIA de JESUS REYES

20     **IT IS SO ORDERED.**

23
24 Dated: _____
                                       Hon. Lucy H. Koh
25                                     Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3758857.1

2

STIPULATION FOR DISMISSAL OF ENTIRE
CASE WITH PREJUDICE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*CARMEN REYNOSO vs. TEXTRON*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On January 21, 2011 I served the within document(s) described as:

**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON**

on the interested parties in this action as stated on the attached mailing list.

[X] (MAIL) by placing a true copy thereof in sealed envelope(s) addressed on the attached mailing list and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties shown on the attached service list for the above-entitled case, as listed above.

Executed on January 21, 2011, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

|  |  |
|---|---|
| KATHLEEN D. CULPEPPER | /s/ Kathleen D. Culpepper |
| (Type or print name) | [Original Signature Retained by Attorney Krsto Mijanovic] |
|  | (Signature) |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3758857.1

3

STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

## MAILING LIST
## CARMEN REYNOSO vs. TEXTRON

| | |
|---|---|
| John C. Stein<br>The Boccardo Law Firm Inc.<br>111 West St. John Street, Suite 400<br>San Jose, CA 95113<br><br>(408) 298-5678 (Phone)<br>(408) 298-7503 (Fax)<br>Email:  jstein@boccardo.com<br>          tracey@boccardo.com<br><br>*Attorneys for Plaintiffs CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO, and MARIA de JESUS REYES* | James P. Collins (Bar No. 97266)<br>Nina Shapirshteyn (Bar No. 251122)<br>O'REILLY COLLINS<br>1900 O'Farrell St.<br>San Mateo CA 94403<br><br>*Attorneys for Plaintiffs CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO, and MARIA de JESUS REYES* |

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3758857.1

4

STIPULATION FOR DISMISSAL OF ENTIRE
CASE WITH PREJUDICE