```
 1  Peter Dubrawski (Bar No. 65677)
    Krsto Mijanovic (Bar No. 205060)
 2  HAIGHT BROWN & BONESTEEL LLP
    6080 Center Drive, Suite 800
 3  Los Angeles, CA 90045-1574
    Telephone:  310.215.7100
 4  Facsimile:  310.215.7300

 5  Attorneys for Defendant JACOBSEN DIVISION
    OF TEXTRON INC.
 6

 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| CARMEN REYNOSO, individually;<br>MIGUEL REYNOSO, individually;<br>PRISCILLA REYNOSO, individually;<br>MARIA de JESUS REYES, individually,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TEXTRON, INC., a Corporation;<br>JACOBSEN, A TEXTRON COMPANY, a Corporation; DOES 1 to 50,<br><br>        Defendants. | Case No. C09 01227 LHK PVT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE;** [~~PROPOSED~~] **ORDER THEREON AS MODIFIED** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO, and MARIA de JESUS REYES ("Plaintiffs") and JACOBSEN DIVISION OF TEXTRON INC. ("Defendant"), by and through their respective attorneys of record, that, based upon the agreed terms of the settlement in this matter, the above-referenced action be, and is hereby, dismissed with prejudice, pursuant to <u>Federal Rule of Civil Procedure</u> Rule 41(a)(1). While the parties previously agreed that the claims of MARIA de JESUS REYES would

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3758857.1

1

STIPULATION FOR DISMISSAL OF ENTIRE
CASE WITH PREJUDICE

be dismissed without prejudice, the parties hereby agree that the claims of MARIA de JESUS REYES shall be dismissed with prejudice.

The parties further stipulate that each party shall bear their own costs, including attorneys' fees. The Clerk shall close the file.

January 20, 2011                                    HAIGHT BROWN & BONESTEEL LLP

By: /s/ Krsto Mijanovic
Peter Dubrawski
Krsto Mijanovic
Attorneys for Defendant
JACOBSEN DIVISION OF TEXTRON INC.

January 20, 2011                                    THE BOCCARDO LAW FIRM, INC.

By: /s/ John Stein
John Stein
Attorneys for Plaintiffs
CARMEN REYNOSO, MIGUEL REYNOSO, PRISCILLA REYNOSO, and MARIA de JESUS REYES

**IT IS SO ORDERED.**

Dated: January 25, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
Judge, United States District Court

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

TE15-0000004
3758857.1

2

STIPULATION FOR DISMISSAL OF ENTIRE
CASE WITH PREJUDICE